United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENESAS ELECTRONICS CORPORATION, et al.,

Plaintiffs,

v.

NAVITAS SEMICONDUCTOR USA, INC., et al.,

Defendants.

Case No. 26-cv-07573-NW

**ORDER DENYING AS MOOT ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: ECF No. 16

In connection with its *ex parte* motion for a temporary restraining order, ECF No. 14 (the "TRO Motion"), Plaintiffs Renesas Electronics Corp. and Renesas Electronics America Inc. filed an administrative motion seeking to seal portions of their brief and exhibits. ECF No. 16. On August 10, 2026, after this Court entered the parties' stipulation regarding preservation and disclosure, the TRO Motion was mooted. ECF No. 21 at 2. Accordingly, because the Court did not consider the materials Plaintiffs sought to seal, the Court **DENIES** the accompanying administrative motion **as moot**; the Clerk of Court shall maintain ECF Nos. 16-3–16-28 under seal until further order of this Court. *See, e.g.*, *Bloom Energy Corp. v. Badger*, No. 21-cv-02154-PJH, 2021 WL 4079208, at *13 (N.D. Cal. Sept. 8, 2021).

**IT IS SO ORDERED.**

Dated: August 12, 2026

Noël Wise
United States District Judge